UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60338-CIV-COHN/Snow

ANTOINETTE D. ALLEN,

       Plaintiff,

v.

CAPITAL ONE SERVICES, INC., et al.,

       Defendants.
_____/

## O R D E R

THIS CAUSE is before the Court on counsel Kelly Cullen's Motion for Limited Appearance (DE 53). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Kelly Cullen, Esquire, is hereby permitted to enter a limited appearance for purposes of representing defendant **Experian** in this cause; Veresa Jones Adams, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 31st day of July, 2007.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Joel Brown, Esq. (P)
Paul Herman, Esq. (P)
Louis Ursini, III, Esq. (D-Citigroup)
Versa Adams, Eqs. (D-Experian and Local Counsel for Cullen)
Kelly Cullen, Esq. (D-Experian)
Mark King, Esq. (D-Equifax)
Franklin Cosemen, Esq. (D-Trans Union)

Ms. Catherine Wade (MIA)
   Executive Service Administrator